IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 3:19 CR 48 |
| Plaintiff, | O R D E R |
| -vs- | JUDGE JACK ZOUHARY |
| Damon M. Joseph, | |
| Defendant. | |

This Court held a Pretrial Conference on December 16, 2019 via telephone. Appearances: Neil McElroy for Defendant (appearance waived); Michelle Baeppler, Alexandra Hughes, and Jerome Teresinski for the Government.

A Firm Plea Deadline is set for **Tuesday, March 3, 2020 at 11:00 AM**. No plea agreement will be accepted after this date. If no guilty plea is entered at this hearing, a trial date will be set.

This Court finds that the time period until March 3, 2020 is excluded from the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) to provide Defendant reasonable time to investigate and prepare pretrial motion and review discovery. Taking all factors into consideration, this Court finds that the interests of justice served during this time outweigh the interest of the public and the Defendant in obtaining a speedy trial.

IT IS SO ORDERED.

                                                          s/ *Jack Zouhary*
                                                          JACK ZOUHARY
                                                          U. S. DISTRICT JUDGE

                                                          December 16, 2019