IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | | Case No.  3:19 CR 48 |
| | Plaintiff, | SENTENCING ORDER<br>RE: SPECIAL CONDITIONS<br><u>OF SUPERVISED RELEASE</u> |
| -vs- | | |
| Damon M. Joseph, | | JUDGE JACK ZOUHARY |
| | Defendant. | |

## SPECIAL CONDITIONS

**Search / Seizure**
Defendant must submit his person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to a search may be grounds for revocation of release. Defendant must warn any other occupants that the premises may be subject to searches pursuant to this condition.

The probation officer may conduct a search under this condition only when reasonable suspicion exists that Defendant has violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**Mental Health Treatment**
Defendant must undergo a mental health evaluation and/or participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise Defendant's participation in the program (provider, location, modality, duration, intensity, etc.).

**Sex Offender Assessment**
Defendant must participate in a sex offense-specific assessment.

**Sex Offender Registration and Notification Act (Adam Walsh Act)**
Pursuant to 18 U.S.C. § 3583 Defendant is required to register under the Sex Offender Registration and Notification Act, and he must comply with the requirements of that Act as directed by the U.S. Pretrial Services & Probation Officer.

Pursuant to the Adam Walsh Child Protection Act of 2006, Defendant will keep the registration current in each jurisdiction in which he resides, is employed, or is a student. Defendant must, no later than three business days after each change in name, residence, employment or student status, appear in person in at least one jurisdiction in which he is registered and inform that jurisdiction of all changes in reporting information. Failure to do so may be a violation of Defendant's conditions of supervised release and may be a new federal offense punishable by up to ten years.

**No Contact with Minors**
Defendant must not have direct contact with any child you know or reasonably should know to be under the age of 18, including his own children, without the permission of the probation officer. If Defendant does have any direct contact with any child he knows or reasonably should know to be under the age of 18, including his own children, without the permission of the probation officer, he must report this contact to the probation officer within 24 hours. Direct contact includes written communication, in-person communication, or physical contact. Direct contact does not include incidental contact during ordinary daily activities in public places.

**Polygraph Examination**
Defendant must submit to periodic polygraph testing at the discretion of the probation officer as a means to ensure that he is in compliance with the requirements of your supervision or treatment program.

**Sex Offender Treatment**
Defendant must participate in a sex offense-specific treatment program and follow the rules and regulations of that program. The probation officer will supervise his participation in the program (provider, location, modality, duration, intensity, etc.).

**Mental Health Medications**
Defendant must take all mental health medications that are prescribed by his treating physician.

**No Internet Access Without Permission**
Defendant must not access the Internet except for reasons approved in advance by the probation officer.

**Computer Monitoring Software**
Defendant must allow the probation officer to install computer monitoring software on any computer (as defined in 18 U.S.C.§ 1030(e)(1)) you use.

**Computer Search for Monitoring Software**
To ensure compliance with the computer monitoring condition, Defendant must allow the probation officer to conduct initial and periodic unannounced searches of any computers (as defined in 18 U.S.C. § 1030(e)(1)) subject to computer monitoring. These searches shall be conducted for the purposes of determining whether the computer contains any prohibited data prior to installation of the monitoring software; to determine whether the monitoring software is functioning effectively after its installation; and to determine whether there have been attempts to circumvent the monitoring software after its installation. Defendant must warn any other people who use these computers that the computers may be subject to searches pursuant to this condition.

**Computer Search Warning to Others**
Defendant must warn any other people who use these computers or devices capable of accessing the Internet that the devices may be subject to searches pursuant to this condition. A probation officer may conduct a search pursuant to this condition only when reasonable suspicion exists that there is a violation of a condition of supervision and that the computer or device contains evidence of this violation. Any search will be conducted at a reasonable time and in a reasonable manner.

**Dating Restriction**
Defendant must not date or befriend anyone who has children under the age of 18, unless approved in advance by the probation officer.

**No Possession of Pornographic Materials**
Defendant must not view or possess any 'visual depiction' (as defined in 18 U.S.C. § 2256), including any photograph, film, video, picture, or computer or computer- generated image or picture, whether made or produced by electronic, mechanical, or other means, of 'sexually explicit conduct' (as defined in 18 U.S.C.§ 2256).

**Substance Abuse Treatment and Testing**

Defendant shall participate in an approved program of substance abuse testing and/or outpatient or inpatient substance abuse treatment as directed by their supervising officer; and abide by the rules of the treatment program. The probation officer will supervise his participation in the program (provider, location, modality, duration, intensity, etc.). Defendant shall not obstruct or attempt to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing.

**Terrorism**

Defendant must not communicate, or otherwise interact, or provide financial support with any known member of terrorist organizations, or view or possess any film, video, picture, or writings supporting Jihad, terrorist organizations, terrorism, or violence against non-Muslims.

I have reviewed and understand the above special conditions of my sentence outlined by the Judge at my sentencing hearing today.

**Further, I waive any late notice and supporting explanation of each of these conditions as may be required under 18 U.S.C. § 3583.**

Date: _Sept 13, 2021_

_____
Damon M. Joseph, Defendant

_____
Attorney

IT IS SO ORDERED,

_____
Judge Jack Zouhary